# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: David Evans

Cr.: 11-00286-01
PACTS #: 53234

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh, USDJ

Date of Original Sentence: 09/27/11

Original Offense: Conspiracy to Import Cocaine

Original Sentence: Time served, 3 years supervised release, $100 special assessment. Special conditions include alcohol/drug testing and treatment and mental health treatment.

| Type of Supervision: Supervised Release | Date Supervision Commenced: 09/27/11 |
|---|---|

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

1      The offender has violated the special supervision condition which states **'MENTAL HEALTH TREATMENT:** You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.'

On January 31, 2012, at SCAN New York (a community-based outreach program that offers mental health and substance abuse treatment, educational programs and after-school programs), Evans was diagnosed with depression and a personality disorder. It was subsequently recommended that Evans participate in weekly individual and group counseling sessions, with a focus on anger management. Despite repeated direction, Evans failed to participate in treatment and was unsatisfactorily discharged in June 2012.

Evans continued to resist treatment until July 2013, when he independently entered into outpatient treatment at Odyssey House, Inc., Bronx, New York. While Evans has continued to participate in treatment (at one session per month), he has refused to increase his treatment as recommended by his therapist and the supervising probation officer. As outlined in a letter dated November 15, 2013, the clinical supervisor at Odyssey House indicates "The clinical team recommends increasing his individual sessions to 2x/month and adding a 12-week anger management group due to his difficulty managing his anger." The therapists adds that they also recommend Evans participate in vocational training. Evans does not believe he needs the additional treatment and has not participated as directed.

U.S. Probation Officer Action:

The Probation Office respectfully requests that Evans be judicially directed to participate in treatment as directed by his counsel/therapist and/or the supervising U.S. probation officer (two sessions per month and 12 weeks of anger management).

Respectfully submitted,

*Denise Morales*

By: Denise Morales
U.S. Probation Officer
Date: 12/23/13

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ✓ ] Other  As Stated Above

Signature of Judicial Officer

12/25/13

Date